```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                                Case No. 13-43919-nhl
23rd Avenue LLC                                                       Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

```
District/off: 0207-1          User: etorres              Page 1 of 2          Date Rcvd: Jun 28, 2013
                              Form ID: 272               Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2013.
db             +23rd Avenue LLC,    20-85 130th Street,    College Point, NY 11356-2700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 28 2013 18:27:05     United States Trustee,
                 Office of the United States Trustee,   271 Cadman Plaza East,   Brooklyn, NY 11201-1833
                                                                                                 TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0207-1           User: etorres              Page 2 of 2              Date Rcvd: Jun 28, 2013
                               Form ID: 272               Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2013 at the address(es) listed below:
              Kevin J Nash    on behalf of Debtor   23rd Avenue LLC KNash@gwfglaw.com, jstrauss@gwfglaw.com
              United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

# United States Bankruptcy Court
Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                                          CASE NO: 1−13−43919−nhl

  23rd Avenue LLC

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                 CHAPTER: 11

  10−9401523

                    DEBTOR(s)

## NOTICE OF DEFICIENT FILING − CHAPTER 11

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on June 26, 2013 did not include the following item(s):

**ITEMS DUE AT TIME OF FILING OF BANKRUPTCY PETITION**

- ☐ Voluntary Petition (Official Form 1) (Signed)(Original)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro−Se)
- ☐ Statement of Social Security Number (Official Form 21) Pro Se Filers or those filing conventionally must file Form 21 with the Court. Electronic filers must maintain Form 21 in their offices
- ☐ Certificate of Credit Counseling *or* Motion requesting waiver (Individual Only)
- ☐ List of the 20 Largest Unsecured Creditors (Signed by Debtor)

**ITEMS DUE WITHIN FOURTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341 MEETING DATE**

- ☐ Exhibit D
- ☐ Certificate of Credit Counseling (Exhibit D Box 2 Checked)
- ☐ Certification of Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code (Official Form B201B) (Individual Only) To be filed only if the attorney, petition preparer or debtor does not sign the appropriate section on page 2 or 3 of the petition Official Form B1
- ☑ Statement Pursuant to Local Bankruptcy Rule 1073−2(b) (Due Within 14 Days)
- ☑ Disclosure of Compensation Pursuant to Federal Bankruptcy Rule 2016(b) (Due Within 14 Days)
- ☐ Partnership Statement Pursuant to Local Bankruptcy Rule 1074−1(b) (Partnership Only) (Due Within 14 Days)
- ☑ Affidavit Pursuant to Local Bankruptcy Rule 1007−4 (Signed by Debtor) (Due Within 14 Days)
- ☑ Corporate Resolution Pursuant to Local Bankruptcy Rule 1074−1(a) (Corporation Only) (Due Within 14 Days)
- ☑ Corporate Ownership Statement Pursuant to Federal Bankruptcy Rule 1007(a)(1) (Corporation Only) (Due Within 14 Days)
- ☑ Summary of Schedules (Official Form B6) (Due Within 14 Days)
- ☐ Statistical Summary of Certain Liabilities (Official Form B6) (Individual Debtor) (Due Within 14 Days)

**[Continued on other side of page]**

**ITEMS DUE WITHIN FOURTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341 MEETING DATE (Continued)**

- ☑ Schedule A (Real Property) (Official Form B6A) (Due Within 14 Days)
- ☑ Schedule B (Personal Property) (Official Form B6B) (Due Within 14 Days)
- ☐ Schedule C (Property Claimed as Exempt by Individual Debtor) (Official Form B6C) (Due Within 14 Days)
- ☑ Schedule D (Creditors Holding Secured Claims) (Official Form B6D) (Due Within 14 Days)
- ☑ Schedule E (Creditors Holding Unsecured Priority Claims) (Official Form B6E) (Due Within 14 Days)
- ☑ Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F) (Due Within 14 Days)
- ☑ Schedule G (Executory Contracts and Unexpired Leases) (Official Form B6G) (Due Within 14 Days)
- ☑ Schedule H (Co−debtors) (Official Form B6H) (Due Within 14 Days)
- ☐ Schedule I (Current Income of Individual Debtor) (Official Form B6I) (Due Within 14 Days)
- ☐ Schedule J (Current Expenditures of Individual Debtor) (Official Form B6J) (Due Within 14 Days)
- ☐ Declaration Concerning Debtor(s) Schedules (Individual) (Official Form 6) (Due Within 14 Days)
- ☑ Declaration on Behalf of a Corporation or Partnership (Corporation or Partnership Only) (Official Form 2) (Due Within 14 Days)
- ☑ List of Equity Security Holders and Addresses (Corporation Only) (Due Within 14 Days)
- ☑ Statement of Financial Affairs (Official Form 7) (Due Within 14 Days)
- ☐ Statement of Current Monthly Income (Official Form B22B) (Individual Only) (Due Within 14 Days)
- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Official Form 19A) (Due Within 14 Days)
- ☐ Notice to Debtor by Non−Attorney Bankruptcy Petition Preparer (Official Form 19B) (Due Within 14 Days)
- ☐ Disclosure of Compensation of Non−Attorney Bankruptcy Petition Preparer (Official Form B280) (Due Within 14 Days)
- ☐ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (Show only last four digits of Social Security Number) (Due Within 14 Days)
- ☑ Most recent balance sheet, statement of operations, cash−flow statement, and Federal income tax return, or a statement that none of the foregoing have been prepared or filed (Small Business Only) (Due Within 7 Days)

## YOUR CASE MAY BE DISMISSED IF

## YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**[Continued on other side of page]**

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of this bankruptcy petition, or at the time of the 341 meeting, are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4).*

**FURTHER NOTICE IS GIVEN THAT** the debtor must serve copies of the Chapter 11 petition on the United States Trustee, Internal Revenue Service and Securities and Exchange Commission (see addresses below).

**BROOKLYN CASES**

Office of the United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201

Internal Revenue Service
10 MetroTech Center
625 Fulton Street
Brooklyn, New York 11201

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

**CENTRAL ISLIP CASES**

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722

Internal Revenue Service
10 MetroTech Center
625 Fulton Street
Brooklyn, New York 11201

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

Dated: June 28, 2013

                                                    For the Court, Robert A. Gavin, Jr., Clerk of Court