UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 11

23rd AVENUE LLC,                                              Case No. 13-43919 (NHL)

                                                    Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE THAT** all matters in the above captioned case scheduled to be heard by the Hon. Nancy H. Lord on September 17, 2013 have been adjourned on consent to October 17, 2013 at 4:00 p.m. at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 2529, Brooklyn, NY 11201-1800.

Dated: New York, New York
          September 10, 2013

                                              GOLDBERG WEPRIN FINKEL
                                              GOLDSTEIN LLP
                                              Attorneys for the Debtor
                                              1501 Broadway, 22nd Floor
                                              New York, New York 10036
                                              (212) 221-5700

                                              By: _____
                                                  J. Ted Donovan, Esq.